IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR71 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| GILBERTO NORIEGA, | ) | |
| Defendant. | ) | |

This matter is before the Court on the court's own motion.

In 8:07CR420, *United States v. Gilberto Noriega,* the parties agreed to dismiss the Indictment in 8:07CR71 as against the Defendant Gilberto Noriega. (Filing Nos. 42, 53.)

Accordingly,

IT IS ORDERED that the Indictment in the above-captioned case is dismissed without prejudice as against the Defendant, Gilberto Noriega.

DATED this 9th day of February, 2009.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge